NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDA M. ALEXANDER; LIVE VICTORIOUSLY MINISTRIES, Plaintiffs-Appellants, v. CITY OF RICHLAND, A Municipal Corporation, Defendant-Appellee. | No. 22-36019 D.C. No. 4:22-cv-05110-TOR MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of Washington
Thomas O. Rice, District Judge, Presiding

Submitted December 12, 2023[**]

Before:    WALLACE, LEE, and BUMATAY, Circuit Judges.

Linda M. Alexander appeals pro se from the district court's judgment

dismissing her action alleging various federal and state law claims.  We have

jurisdiction under 28 U.S.C. § 1291.  We review de novo a dismissal under Federal

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Rule of Civil Procedure 12(b)(6). *Cervantes v. United States*, 330 F.3d 1186, 1187 (9th Cir. 2003). We affirm.

The district court properly dismissed Alexander's action because Alexander failed to allege facts sufficient to state a plausible claim. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (to avoid dismissal, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face" (citation and internal quotation marks omitted)).

All pending requests are denied.

**AFFIRMED.**